| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | FIRM and AFFILIATE OFFICES | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | RALPH CARTER | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 4725 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 208 2575 | LAS VEGAS |
| LOS ANGELES | E-MAIL: rcarter@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

April 30, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

      Re:    Lesser v. TD Bank, N.A., *et al.*
               U.S.D.C., S.D.N.Y., 1:18-cv-09922 (PAE-GWG)

Your Honor:

      This firm represents Defendant TD Bank, N.A. ("***TD Bank***") in the above-referenced action.  Pursuant to Section 1.E of Your Honor's Individual Rules and Practices in Civil Cases, TD Bank respectfully requests a thirty-day extension of the parties' time to file objections to the April 23, 2020 Report and Recommendation of the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, from May 7, 2020 to June 8, 2020.

      This is TD Bank's first request to this Court to extend its time to file objections to the April 23, 2020 Report and Recommendation.  Plaintiffs and Defendant Capital One, N.A. consent to the requested extension.

      We appreciate Your Honor's consideration of this request.

4/30/20

Respectfully submitted,

s/ Ralph Carter
Ralph Carter

---

The Court grants a one-week extension of the parties' time to file objections, to May 14, 2020.  Pursuant to Federal Rule of Civil Procedure 72(b)(2), any responses to the objections are due May 28, 2020.  The Court does not invite any replies to the responses.  Counsel should treat these deadlines as firm.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge